No. 00–5089. BELZEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5113. PRESLEY v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 00–5188. ANTHONY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–5247. PAYNE v. SHUMAKE ET AL. Ct. App. Tenn. Certiorari denied.

No. 00–5440. RHODES v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 00–5448. JACKAN v. NEW YORK STATE DEPARTMENT OF LABOR. C. A. 2d Cir. Certiorari denied.

No. 00–5451. JENNINGS v. PRICE, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–5452. JONES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5456. WELLS v. ST. VINCENT'S HOSPITAL. Ct. App. N. Y. Certiorari denied.

No. 00–5463. MAHONEY v. SAUNDERS. C. A. 4th Cir. Certiorari denied.

No. 00–5473. NEGRON v. RAY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–5474. REED v. BENNETT ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–5479. MCKENZIE v. HALL, SUPERINTENDENT, SANTIAM CORRECTIONAL INSTITUTION. Sup. Ct. Ore. Certiorari denied.

No. 00–5488. COLON v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.